SIFCO INDUSTRIES, INC., APPELLEE, *v.* SAFETY NATIONAL CASUALTY CORPORATION, APPELLANT, ET AL.

**[Cite as *Sifco Industries, Inc. v. Safety Natl. Cas. Corp.*, 99 Ohio St.3d 302, 2003-Ohio-3630.]**

(No. 2003–0234—Submitted June 24, 2003—Decided July 23, 2003.)

---

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

O'DONNELL, J., not participating.

---

Baker & Hostetler, L.L.P., Chris Bator, Charles J. French III and Jeremy R. Sayre, for appellee.

Gallagher, Sharp, Fulton & Norman, Joseph W. Pappalardo, Gregory K. Boop and Monica A. Sansalone, for appellant.